UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. RAMSHAW, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:05CV927 RWS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Ramshaw's motion to quash is **DENIED**, and this case is **DISMISSED** with prejudice.

Dated this 16th Day of August, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE